FILED

MAR 20 2026

BONNIE HACKLER
Clerk, U.S. District Court
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT** [1 of 3]

Joshua Lamont Sutton
*Plaintiff's full name (Please print)*

**Case No.** CIV-26-80-RAW
*(To be filled out by Clerk's Office only)*

v.

Troy Miller,
Dustin Newton,
Chris Morris,
and
Michael Glasco.

*For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.* ***The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).***

**NOTICE**

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.*

***Each claim you raise must be properly exhausted.*** *If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

***Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.***

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

- [X] 42 U.S.C. § 1983 (state, county, or municipal defendants), 1985, and 1986.
- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Joshua Lamont Sutton — *Full name*
N/A — *Aliases*

# 2028762 - D.O.C. — *Prisoner ID #*

Jess Dunn Corrections Center, B-Unit — *Place of Detention/Incarceration*

P.O. Box 316 — *Institutional Address*

Taft — *City* OK — *State* 74463 — *Zip Code*

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [X] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1: Troy "Miller", individual capacity and under color of law.
Full Name
Pittsburg County Sheriff's Office (PCSO), Deputy
Current Job Title
1210 N. West Street
Current Work Address
McAlester, OK 74501
City State Zip Code

Defendant 2: Dustin "Newton", Id. capacity and law.
Full Name
Pittsburg County Sherriff's Office, Deputy
Current Job Title
1210 N. West Street
Current Work Address
McAlester, OK 74501
City State Zip Code

Defendant 3: "Chris "Morris", Id. capacity and law.
Full Name
Pittsburg County Sheriff's Office, Sheriff
Current Job
1210 N. West Street
Current Work Address
McAlester, OK 74501
City State Zip Code

Defendant 4: "Michael "Glasco", Id. capacity and law.
Full Name
Pittsburg Cty. Sheriff's Office, Federal (FBI) Liaison
Current Job Title
1210 N. West St.
Current Work Address
McAlester, OK 74501
City State Zip Code

Defendant 5: ______

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: May 10 and Aug. 12, 2022 to Sept. 3, 2022, and Nov. 14, 2025.

Place(s) of occurrence: 1210 N. West St, PCSO, and house on 4236 State Hwy 43, McAlester, OK, and at trial there.

*State which of your federal constitutional or federal statutory rights have been violated:* Equal Protection Under Law (Tampering with evid. and Malicious Prosecution, due to being Non-White) and Conspiracy To Deprive Rights, and Deprivation of Rights.

***Briefly** state the FACTS that support your case. Provide **a short and plain statement** of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.*

**FACTS:** At my criminal trial, I discovered Miller and/or Newton, who are both whites, had received information suggesting I was twiced clubbed with a piece of wood by a white old exprison with his sex trafficked victims and comatose, refused save bloody club, hour late 911 call, cord, phone discriptions, my bloody truck, lied that nurse said I had phones and told her he was chasing me and I crashed, so I could not prove I was attacked by them and they lied to keep from re-imprisonment, due to me and victims being Non-Whites; then they were fired for it; I was convicted and imprisoned.

### B. Claim 2

Date(s) of occurrence: About Jan. 01, 2020 to about Jan. 01, 2025.

Place(s) of occurrence: PCSO at 1210 N. West Street, McAlester, OK.

*State which of your federal constitutional or federal statutory rights have been violated:*

Supervisory Liability

**FACTS:** Morris received information that his subordinates above, incorporated herein, and others like them; including, those involved in similar acts against Scott Nelms, then neglected or refused to prevent them from continuing said acts, took alot of money from his office, hid it, and was fired for it.

**C. Claim 3**

Date(s) of occurrence: About Oct. 01, 2025 (regarding May 10, and Aug. 12, 2022).

Place(s) of occurrence: On street (from PCSO Jail to Pittsburg Cty. Court House).

*State which of your federal constitutional or federal statutory rights have been violated:*

Neglect to Prevent Deprivation of Rights Continuations.

**FACTS:** I told Glasco all of the above, claims one (1) and two (2), incorperated herein, he remembered me being clubbed, on May 10, 2022, said would help stop the whites' actions against me (including helping to prove my innocence), did absolutely nothing, ~~and~~ had power to help, I was convicted, and imprisoned.

**D. Claim 4**

Date(s) of occurrence:

Place(s) of occurrence:

*State which of your federal constitutional or federal statutory rights have been violated:*

**FACTS:**

## VI. RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

I want a jury trial, seeking (At the Most): ~~monetary~~ compensation damages of $10,000,000.00; punative damages of $10,000,000.00; and/or nominal damages as allowed by law.

## VII. PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? about 4

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

Sutton v. Sgt. Raczek, etal, destroyed property, dismissed (With NO strike), Sutton v. Profecto, etal, sexual abuse, dismissed (with No strike), Sutton v. CDOC, etal, sexual abuse, dismissed (with No Strike), and Sutton v. Goodwin, etal, excessive force, dismissed (with No Strike).

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

Joshua Sutton
*Plaintiff's Signature*

*Date* 03/12/2026

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 27 day of April, 2025.

Joshua Sutton
*Plaintiff's Signature*

*Date* 03/12/26

Joshua Sutton #2028762, J.D.C.C. B-Unit D.O.C.
P.O. Box 316
Taft, OK 74463

20

US POSTAGE PITNEY BOWES
ZIP 74463 $ 001.90⁰
02 4W
0000379169 MAR 18 2026

RECEIVED
MAR 2 0 2026
BONNIE HACKLER
Clerk, U.S. District Court
By________________
Deputy Clerk

Legal Mail

Civil Complaint, Federal
United States District Court For Eastern District
520 Denison Ave., P.O. Box 607
Muskogee, OK 74402